UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

IBSA HASSAN,

      Plaintiff,

V.                                                    CIVIL ACTION NO. _____

RONALD MILLER, JR., FEDEX
CUSTOM CRITICAL, INC. AND EXAM
TRANSPORT & CO., LLC

      Defendant.

## INDEX OF STATE COURT RECORD AND APPENDIX
## <u>IN SUPPORT OF REMOVAL</u>

| | | | |
|---|---|---|---|
| 1. | Plaintiff's Original Petition | 08-09-2021 |
| 2. | Jury Demand | 08-09-2021 |
| 2. | Citation Issued -Ronald Miller, Jr. | 08-09-2021 |
| 3. | Citation Issued on FedEx Custom Critical Inc. | 08-09-2021 |
| 4. | Citation Issued on Exam Transport & Co., Inc. | 08-09-2021 |
| 5. | Plaintiff's First Amended Original Petition | 08-18-2021 |
| 6. | Docket Sheet | 09-07-2021 |

From: Brenda Rodriguez    Fax: 18173693328    To:    Fax: (888) 325-8127    Page: 3 of 9    08/10/2021 3:53 PM    FILED
8/9/2021 9:30 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Stephanie Clark DEPUTY

3 CIT ESERVE

3 CIT ESERVE    Case 3:21-cv-02130-E    Document 1-1    Filed 09/07/21    Page 2 of 27    PageID 6

DC-21-10441

## CAUSE NO. _____

| | | |
|---|---|---|
| **IBSA HASSAN;** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **RONALD MILLER, JR.; FEDEX** | § | |
| **CUSTOM CRITICAL, INC.; AND EXAM** | § | |
| **TRANSPORT & CO LLC;** | § | 116th |
| | § | |
| **Defendants.** | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Ibsa Hassan files Plaintiff's Original Petition complaining of

Defendants Ronald Miller, Jr., FedEx Custom Critical, Inc. ("FedEx"), and Exam

Transport & Co LLC ("Exam Transport").

## I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190

of the TEXAS RULES OF CIVIL PROCEDURE.

## II. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's

counsel states that the damages sought are in an amount within the

jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil

Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over

$250,000.00, but not more than $1,000,000. The amount of monetary relief

actually awarded, however, will ultimately be determined by a jury. Plaintiff also

seeks pre-judgment and post-judgment interest at the highest legal rate.

## III. PARTIES

Plaintiff Ibsa Hassan is an individual resident of Richardson, Dallas County, Texas. His driver's license number is *****893 and his social security number is ***-**-*061.

Defendant Ronald Miller, Jr. is an individual resident of Ocklawaha, Marion County, Florida and may be served with process at 16175 Southeast 49th Street Road, Ocklawaha, Florida 32179.

Defendant FedEx Custom Critical, LLC is a foreign corporation doing business in the State of Texas, and may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201. Defendant FedEx Custom Critical, LLC's principal office in the State of Texas is located in Dallas County, Texas.

Defendant Exam Transport & Co LLC is a foreing corporation doing business in the State of Texas, and may be served with process through its registered agent, Asif Alidina, 533 Greenwood Street, Kingston, Tennessee 37763.

## IV. JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since Defendant FedEx Custom Critical, LLC's principal office in the State of Texas is located in Dallas County, Texas. Venue therefore is proper in Dallas County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002. As well,

pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE §15.005, venue in Dallas County, Texas is also proper against the remaining Defendants as the motor vehicle crash involved herein arises out of the same occurence.

## V.  FACTS

This lawsuit arises out of a motor vehicle collision that occurred on or about Wednesday, June 16, 2021 at or near the intersection of SH-114 and IH-35 West, within the city limits of Northlake, Denton County, Texas. Plaintiff Ibsa Hassan was operating his vehicle westbound on SH-114 and was coming to a stop for a red light. Defendant Ronald Miller, Jr. was operating his 18-wheeler behind Plaintiff's vehicle in the same lane and headed in the same direction. Defendant Ronald Miller, Jr. was in the course and scope of his employment with and operating under the Federal Motor Carrier authority of Defendant FedEx Custom Critical, Inc. Defendant Ronald Miller, Jr. failed to slow and/or stop, colliding hard with the back of Plaintiff's vehicle. As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI.  CAUSES OF ACTION

## A.    NEGLIGENCE – DEFENDANT RONALD MILLER, JR.

At the time of the motor vehicle collision, Defendant Ronald Miller, Jr. was operating his 18-wheeler negligently. Specifically, Defendant had a duty to exercise ordinary care and operate his 18-wheeler reasonably and prudently. Defendant breached that duty in one or more of the following respects:

1.  Defendant failed to keep such proper lookout and attention to the roadway as a person of ordinary prudence would have kept under the same or similar circumstances;

2.  Defendant failed to keep an assured safe distance from Plaintiff's vehicle;

3.  Defendant failed to timely apply the brakes of his 18-wheeler in order to avoid the collision in question;

4.  Defendant failed to control his speed; and

5.  Defendant failed to safely operate his tractor-trailer.

## B.  NEGLIGENT ENTRUSTMENT – DEFENDANTS FEDEX AND EXAM TRANSPORT

As an additional cause of action, Plaintiff would show that at the time and on the occasion in question, Defendants FedEx and Exam Transport were the owner and insured of the vehicle driven by Defendant Ronald Miller, Jr. Defendants FedEx and Exam Transport entrusted the vehicle to Defendant Ronald Miller, Jr.  Defendant Ronald Miller, Jr. was unlicensed, incompetent, and/or reckless and Defendants FedEx and Exam Transport knew or should have known that Defendant Ronald Miller, Jr. was unlicensed, incompetent, and/or reckless.  Defendant Ronald Miller, Jr.'s negligence on the occasion in question proximately caused the collision.

## C.  RESPONDEAT SUPERIOR – DEFENDANTS FEDEX AND EXAM TRANSPORT

Additionally, Plaintiff would show that at the time and on the occasion complained of, Defendant Ronald Miller, Jr. was in the course and scope of his employment with Defendants FedEx and Exam Transport thereby making

Defendants FedEx and Exam Transport liable under the doctrine of *Respondeat Superior*.

## D.    NEGLIGENCE – DEFENDANTS FEDEX AND EXAM TRANSPORT

Defendants FedEx and Exam Transport negligently hired and retained Defendant Ronald Miller, Jr.  Moreover, Defendants FedEx and Exam Transport failed to properly qualify, train and/or supervise Defendant Ronald Miller, Jr. in order to prevent such collision.

## VII.  DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

  a.    Medical expenses in the past and future;

  b.    Lost wages in the past and loss of earning capacity in the future;

  c.    Property damage and loss of use of Plaintiff's vehicle;

  d.    Physical impairment in the past and future;

  e.    Physical pain and suffering in the past and future; and

  f.    Mental anguish in the past and future.

## VIII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same. The authenticity of such items is self-proven per TRCP 193.7.

## IX.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## X.  U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the

U.S. Life Tables as prepared by the Department of Health and Human Services.

## XI.  RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that

Defendants be cited to appear and answer herein, and that upon final hearing

thereof, Plaintiff recover judgment against Defendants for:

1. Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

2. Plaintiff's future medical expenses;

3. Plaintiff's lost wages in the past and loss of earning capacity in the future;

4. Plaintiff's property damage and loss of use of Plaintiff's vehicle;

5. Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

6. Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

7. Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

8. Interest on the judgment at the legal rate from the date of judgment;

9. Pre-judgment interest on Plaintiff's damages as allowed by law;

10. All costs of court; and

11. Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**WITHERITE LAW GROUP, PLLC**

BY: */s/ Victor Rodriguez*
     **VICTOR RODRIGUEZ**
     State Bar No. 24063577
     victor.rodriguez@witheritelaw.com
     **SHELLY GRECO**
     State Bar No. 24008168
     shelly.greco@witheritelaw.com
     901 W. Vickery Blvd., Suite 900
     Fort Worth, TX 76104
     817/263-4466
     817/263-4477 (fax)

     **ATTORNEYS FOR PLAINTIFF**

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-21-10441

IBSA HASSAN

vs.

RONALD MILLER, et al

116th District Court

## <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: PLAINTIFF

FEE PAID: 40.00

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:    RONALD MILLER, JR.
        16175 SOUTHEAST 49TH STREET ROAD
        OCKLAWAHA FL 32179

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **IBSA HASSAN**

Filed in said Court  **9th day of August, 2021** against

**RONALD MILLER, JR., FEDEX CUSTOM CRITICAL, INC. AND EXAM TRANSPORT & CO LLC**

For Suit, said suit being numbered **DC-21-10441,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 12th day of August, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____ , Deputy
          KARI MALONE



---

**ESERVE**

**CITATION**

**DC-21-10441**

**IBSA HASSAN**
**vs.**
**RONALD MILLER, et al**

ISSUED THIS
**12th day of August, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff**
**VICTOR R RODRIGUEZ**
WITHERITE LAW GROUP PLLC
901 W VICKERY BLVD STE 900
FORT WORTH TX 76104
817-263-4466
victor.rodriguez@witheritelaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-10441

Court No.116th District Court

Style: IBSA HASSAN

 vs.

RONALD MILLER, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:   **FEDEX CUSTOM CRITICAL, LLC**
        **SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
        **1999 BRYAN STREET, STE. 900**
        **DALLAS, TX 75201**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **IBSA HASSAN**

Filed in said Court  **9th day of August, 2021** against

**RONALD MILLER, JR., FEDEX CUSTOM CRITICAL, INC. AND EXAM TRANSPORT & CO LLC**

For Suit, said suit being numbered <u>**DC-21-10441,**</u> the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 12th day of August, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
           KARI MALONE



---

**ESERVE**

**CITATION**

**DC-21-10441**

**IBSA HASSAN**
**vs.**
**RONALD MILLER, et al**

ISSUED THIS
**12th day of August, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff**
**VICTOR R RODRIGUEZ**
WITHERITE LAW GROUP PLLC
901 W VICKERY BLVD STE 900
FORT WORTH TX 76104
817-263-4466
victor.rodriguez@witheritelaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-21-10441

Court No.116th District Court

Style: IBSA HASSAN

 vs.

RONALD MILLER, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To: **EXAM TRANSPORT & CO LLC**
**SERVING REGISTERED AGENT ASIF ALIDINA**
**533 GREENWOOD STREET**
**KINGSTON, TENNESSEE 37763**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **IBSA HASSAN**

Filed in said Court  **9th day of August, 2021** against

**RONALD MILLER, JR., FEDEX CUSTOM CRITICAL, INC. AND EXAM TRANSPORT & CO LLC**

For Suit, said suit being numbered <u>**DC-21-10441,**</u> the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 12th day of August, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
            KARI MALONE



---

**ESERVE**

**CITATION**

**DC-21-10441**

**IBSA HASSAN**
**vs.**
**RONALD MILLER, et al**

ISSUED THIS
**12th day of August, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff**
**VICTOR R RODRIGUEZ**
WITHERITE LAW GROUP PLLC
901 W VICKERY BLVD STE 900
FORT WORTH TX 76104
817-263-4466
victor.rodriguez@witheritelaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-10441

Court No.116th District Court

Style: IBSA HASSAN

 vs.

RONALD MILLER, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

FILED
8/18/2021 4:24 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

## CAUSE NO. DC-21-10441

| | | |
|---|---|---|
| IBSA HASSAN; | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| RONALD MILLER, JR.; FEDEX | § | |
| CUSTOM CRITICAL, INC.; AND EXAM | § | |
| TRANSPORT & CO., LLC; | § | |
| | § | |
| **Defendants.** | § | 116TH JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

Plaintiff Ibsa Hassan files Plaintiff's First Amended Petition complaining of

Defendants Ronald Miller, Jr., FedEx Custom Critical, Inc. ("FedEx"), and Exam

Transport & Co., LLC ("Exam Transport").

### I.  DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190

of the TEXAS RULES OF CIVIL PROCEDURE.

### II.  RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's

counsel states that the damages sought are in an amount within the

jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil

Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over

$250,000.00, but not more than $1,000,000. The amount of monetary relief

actually awarded, however, will ultimately be determined by a jury. Plaintiff also

seeks pre-judgment and post-judgment interest at the highest legal rate.

### III.  PARTIES

Plaintiff Ibsa Hassan is an individual resident of Richardson, Dallas County, Texas. His driver's license number is *****893 and his social security number is ***-**-*061.

Defendant Ronald Miller, Jr. is an individual resident of Ocklawaha, Marion County, Florida and may be served with process at 16175 Southeast 49th Street Road, Ocklawaha, Florida 32179.

Defendant FedEx Custom Critical, Inc. is a foreign corporation doing business in the State of Texas, and may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas  75201.  Defendant FedEx Custom Critical, Inc.'s principal office in the State of Texas is located in Dallas County, Texas.

Defendant Exam Transport & Co., LLC is a foreing corporation doing business in the State of Texas, and may be served with process through its registered agent, Gulati Law, P.L., 469 Montgomery Place, Altamonte Springs, Florida  32714.

### IV.  JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since Defendant FedEx Custom Critical, Inc.'s principal office in the State of Texas is located in Dallas County, Texas.   Venue therefore is proper in Dallas County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.  As well,

pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE §15.005, venue in Dallas County, Texas is also proper against the remaining Defendants as the motor vehicle crash involved herein arises out of the same occurence.

## V.  FACTS

This lawsuit arises out of a motor vehicle collision that occurred on or about Wednesday, June 16, 2021 at or near the intersection of SH-114 and IH-35 West, within the city limits of Northlake, Denton County, Texas. Plaintiff Ibsa Hassan was operating his vehicle westbound on SH-114 and was coming to a stop for a red light. Defendant Ronald Miller, Jr. was operating his 18-wheeler behind Plaintiff's vehicle in the same lane and headed in the same direction. Defendant Ronald Miller, Jr. was in the course and scope of his employment with and operating under the Federal Motor Carrier authority of Defendant FedEx Custom Critical, Inc. Defendant Ronald Miller, Jr. failed to slow and/or stop, colliding hard with the back of Plaintiff's vehicle. As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI.  CAUSES OF ACTION

## A.     NEGLIGENCE – DEFENDANT RONALD MILLER, JR.

At the time of the motor vehicle collision, Defendant Ronald Miller, Jr. was operating his 18-wheeler negligently. Specifically, Defendant had a duty to exercise ordinary care and operate his 18-wheeler reasonably and prudently. Defendant breached that duty in one or more of the following respects:

1.   Defendant failed to keep such proper lookout and attention to the roadway as a person of ordinary prudence would have kept under the same or similar circumstances;

2.   Defendant failed to keep an assured safe distance from Plaintiff's vehicle;

3.   Defendant failed to timely apply the brakes of his 18-wheeler in order to avoid the collision in question;

4.   Defendant failed to control his speed; and

5.   Defendant failed to safely operate his tractor-trailer.

## B.   NEGLIGENT ENTRUSTMENT – DEFENDANTS FEDEX AND EXAM TRANSPORT

As an additional cause of action, Plaintiff would show that at the time and on the occasion in question, Defendants FedEx and Exam Transport were the owner and insured of the vehicle driven by Defendant Ronald Miller, Jr. Defendants FedEx and Exam Transport entrusted the vehicle to Defendant Ronald Miller, Jr.  Defendant Ronald Miller, Jr. was unlicensed, incompetent, and/or reckless and Defendants FedEx and Exam Transport knew or should have known that Defendant Ronald Miller, Jr. was unlicensed, incompetent, and/or reckless.  Defendant Ronald Miller, Jr.'s negligence on the occasion in question proximately caused the collision.

## C.   RESPONDEAT SUPERIOR – DEFENDANTS FEDEX AND EXAM TRANSPORT

Additionally, Plaintiff would show that at the time and on the occasion complained of, Defendant Ronald Miller, Jr. was in the course and scope of his employment with Defendants FedEx and Exam Transport thereby making

Defendants FedEx and Exam Transport liable under the doctrine of *Respondeat Superior.*

### D.   NEGLIGENCE – DEFENDANTS FEDEX AND EXAM TRANSPORT

Defendants FedEx and Exam Transport negligently hired and retained Defendant Ronald Miller, Jr.  Moreover, Defendants FedEx and Exam Transport failed to properly qualify, train and/or supervise Defendant Ronald Miller, Jr. in order to prevent such collision.

## VII.  DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

    a.      Medical expenses in the past and future;

    b.      Lost wages in the past and loss of earning capacity in the future;

    c.      Property damage and loss of use of Plaintiff's vehicle;

    d.      Physical impairment in the past and future;

    e.      Physical pain and suffering in the past and future; and

    f.      Mental anguish in the past and future.

## VIII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same. The authenticity of such items is self-proven per TRCP 193.7.

## IX.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## X.  U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the

U.S. Life Tables as prepared by the Department of Health and Human Services.

## XI.  RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that

Defendants be cited to appear and answer herein, and that upon final hearing

thereof, Plaintiff recover judgment against Defendants for:

1.  Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

2.  Plaintiff's future medical expenses;

3.  Plaintiff's lost wages in the past and loss of earning capacity in the future;

4.  Plaintiff's property damage and loss of use of Plaintiff's vehicle;

5.  Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

6.  Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

7.  Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

8.  Interest on the judgment at the legal rate from the date of judgment;

9.  Pre-judgment interest on Plaintiff's damages as allowed by law;

10.  All costs of court; and

11.  Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**WITHERITE LAW GROUP, PLLC**


BY: */s/ Victor Rodriguez*
    **VICTOR RODRIGUEZ**
    State Bar No. 24063577
    victor.rodriguez@witheritelaw.com
    **SHELLY GRECO**
    State Bar No. 24008168
    shelly.greco@witheritelaw.com
    901 W. Vickery Blvd., Suite 900
    Fort Worth, TX  76104
    817/263-4466
    817/263-4477 (fax)

    **ATTORNEYS FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Brenda Rodriguez on behalf of Victor Rodriguez
Bar No. 24063577
Brenda.Rodriguez@witheritelaw.com
Envelope ID: 56439335
Status as of 8/23/2021 2:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brenda Rodriguez | | brenda.rodriguez@witheritelaw.com | 8/18/2021 4:24:04 PM | SENT |
| Trece Phillips | | trece.phillips@witheritelaw.com | 8/18/2021 4:24:04 PM | SENT |
| Victor Rodriguez | | victor.rodriguez@witheritelaw.com | 8/18/2021 4:24:04 PM | SENT |
| Vicki McDowell | | vicki.mcdowell@witheritelaw.com | 8/18/2021 4:24:04 PM | SENT |

## Case Information

DC-21-10441 | IBSA HASSAN vs. RONALD MILLER, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-10441 | 116th District Court | PARKER, TONYA |
| File Date | Case Type | Case Status |
| 08/09/2021 | MOTOR VEHICLE ACCIDENT | OPEN |

## Party

PLAINTIFF
HASSAN, IBSA

Active Attorneys ▾

Lead Attorney
RODRIGUEZ, VICTOR R
Retained

---

DEFENDANT
MILLER, RONALD

Address
16175 SOUTHEAST 49TH STREET ROAD
OCKLAWAHA FL 32179

---

DEFENDANT
FEDEX CUSTOM CRITICAL INC

Address
SERVE REG AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

---

DEFENDANT
EXAM TRANSPORT & CO LLC

Address
SERVE REG AGENT ASIF ALIDINA
533 GREENWOOD ST
KINGSTON TN 37763

## Events and Hearings

08/09/2021 NEW CASE FILED (OCA) - CIVIL

08/09/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

08/09/2021 ISSUE CITATION ▾

ISSUE CITATION - RONALD MILLER, JR.

ISSUE CITATION - FEDEX CUSTOM CRITICAL, INC

ISSUE CITATION - EXAM TRANSPORT & CO LLC

08/09/2021 JURY DEMAND ▾

JURY DEMAND

08/12/2021 CITATION▾

**Unserved**

Anticipated Server
ESERVE

Anticipated Method
Comment
RONALD MILLER, JR

08/12/2021 CITATION▾

**Unserved**

Anticipated Server
ESERVE

Anticipated Method

Comment
FEDEX CUSTOM CRITICAL, INC

08/12/2021 CITATION ▾

**Unserved**

Anticipated Server
ESERVE

Anticipated Method
Comment
EXAM TRANSPORT & CO LLC

08/18/2021 AMENDED PETITION ▾

PLAINTIFF'S 1ST AMENDED PETITION

08/18/2021 ISSUE CITATION ▾

Comment
2 CIT/ ES

## Financial

HASSAN, IBSA

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $372.00 |
| | Total Payments and Credits | | | $372.00 |
| 8/10/2021 | Transaction Assessment | | | $356.00 |
| 8/10/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 51605-2021-DCLK | HASSAN, IBSA | ($356.00) |
| 8/23/2021 | Transaction Assessment | | | $16.00 |
| 8/23/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 55107-2021-DCLK | HASSAN, IBSA | ($16.00) |

**Documents**

ORIGINAL PETITION

JURY DEMAND

ISSUE CITATION - RONALD MILLER, JR.

ISSUE CITATION - FEDEX CUSTOM CRITICAL, INC

ISSUE CITATION - EXAM TRANSPORT & CO LLC

PLAINTIFF'S 1ST AMENDED PETITION